Jasmine M. Peters (# 7-5714)
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JMPeters@hollandhart.com

John E. Phillips
(*Pro Hac Vice* forthcoming)
Florida Bar No. 823155
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
John.Phillips@phelps.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MIRANDA JAYROE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | Case No. |

## ENTRY OF APPEARANCE—JASMINE M. PETERS

Jasmine M. Peters of Holland & Hart LLP hereby enters her appearance as counsel for

Defendant United Parcel Service, Inc. for all purposes in the above-entitled matter.

Dated May 26, 2026.

/s/ Jasmine M. Peters
Jasmine M. Peters (Bar # 7-5714)
HOLLAND & HART LLP
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JMPeters@hollandhart.com

John E. Phillips
(*Pro Hac Vice* forthcoming)
Florida Bar No. 823155
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
John.Phillips@phelps.com

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing was served via regular U.S. Mail to the following:

George B. Asay
Associated Legal Group, LLC
1812 Pebrican Ave.
Cheyenne, WY 82001

*Attorney for Plaintiff*

_/s/ Valerie Arias_
Legal Assistant for Holland & Hart LLP

37997453_v1

3