# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



*11:41 am, 5/27/26*

**Margaret Botkins**
**Clerk of Court**

MIRANDA JAYROE,

       Plaintiff(s)

vs.

UNITED PARCEL SERVICE INC.,

       Defendant(s)

Case Number: 26-CV-169-KHR

## ORDER ON REMOVAL

On May 27, 2026, a notice of removal of the above-entitled action was filed with the Clerk of the United States District Court, District of Wyoming. It is, therefore,

ORDERED that pursuant to Rule 81.1 of the local rules of this Court, the removing party shall immediately file with the clerk of the state court, a copy of the notice of removal. The clerk of the state court is hereby advised that jurisdiction over the parties and subject matter of the above-entitled action is deemed removed from the state court to the United States District Court for the District of Wyoming upon the filing of the notice of removal with the clerk of the state court. It is

FURTHER ORDERED that in the event a hearing is pending in state court when the notice of removal is filed with the clerk of the state court, the removing party shall immediately notify the state court judge of the removal of this action. It is

FINALLY ORDERED that the removing party shall file with the Clerk of this Court copies of all records and proceedings, together with a copy of the state court docket sheet, within fourteen (14) days after receipt of this Order.

Dated this 27th day of May, 2026.

Kelly H. Rankin
Chief United States District Judge